UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ROBERTS,

        Plaintiff(s),                            No. C 12-0622 PJH

       v.                                    **ORDER DENYING MOTION TO SEAL**

PAYPAL, INC.,

        Defendant(s).

_____/

       Before the court is defendant PayPal, Inc.'s ("defendant") motion to seal, filed in connection with its motion for summary judgment. Having read defendant's papers and carefully considered its arguments, and the relevant legal authority, the court DENIES defendant's motion, and instead orders defendant to re-file redacted versions of Exhibits A and E to the declaration of John Muller.

       The court agrees with defendant that the privacy interests of plaintiff David Roberts ("plaintiff") would be harmed by disclosure of the information contained in defendant's filings. In order to protect parties' privacy, Federal Rule of Civil Procedure 5.2 requires redaction of financial account information and other personal information. The court finds that plaintiff's phone number and home address implicate the same privacy interests. However, because the underlying personal information is not relevant to defendant's motion, and because the Ninth Circuit disfavors the filing of dispositive motions under seal (See, e.g., Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006)), the court finds that redaction is the appropriate method of protecting plaintiff's privacy interests here. The court notes that defendant has already filed redacted versions of its motion for summary judgment and of the exhibits to the declaration of Lisa M. Simonetti. The court orders defendant to file similarly-redacted versions of Exhibits A and E to the declaration of John Muller, removing any personal information of plaintiff or of non-parties, by **July 23, 2012**.

1 | **IT IS SO ORDERED.**

3 | Dated: July 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge