UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ROBERTS,

        Plaintiff,

        v.

PAYPAL, INC.,

        Defendant.
_____/

No. C 12-0622 PJH

**JUDGMENT**

       This action came on for hearing before the court, and the issues having been duly heard and the court having granted, on May 30, 2013, defendant PayPal's motion for summary judgment,

       it is Ordered and Adjudged

       that judgment is entered in favor of defendant PayPal and against plaintiff David Roberts on the claims asserted against it.

       **IT IS SO ORDERED.**

Dated: May 30, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge